THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21CV81974

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

    Plaintiff,

v.

MINDY SEPINUCK,

    Defendant.

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendant Mindy Sepinuck ("Defendant"), and alleges as follows:

## THE PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2. Sepinuck is an individual who is a citizen of the State of Florida residing at 9837 Scribner Lane, Wellington, FL 33414.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because she has maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over her would not offend traditional notions of fair play and substantial justice.

5. Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because

Defendant or her agents reside or may be found in this district. "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004). "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

### I. Plaintiff's Business and History

6. Plaintiff was created as a Florida corporation in June 2005. Plaintiff's sole shareholder is Robert Stevens.

7. For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

8. Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

9. Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients. He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod

Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

10. Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

11. Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

12. Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "Photography by Robert Stevens" to the bottom left or right corner thereof. Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

## II. The Work at Issue in this Lawsuit

13. In 2015, Plaintiff created a professional aerial photograph (titled "Sewells Point aerial a 2015 AAP") (the "Work") of Sewall's Point in Martin County, Florida.

14. Consistent with Plaintiff's general practices, the Work contains (in the bottom left corner) Plaintiff's copyright management information as follows: "© AAP 2015 All Rights Reserved." A copy of the Work is exhibited below.



15. The Work was registered by Plaintiff with the Register of Copyrights on November 10, 2017 and was assigned Registration No. VA 2-075-526. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

16. Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III. Defendant's Unlawful Activities

17. Defendant is a real estate agent who has been licensed as a Florida realtor since November 2012.

18. Defendant markets her real estate business through a business Facebook page (titled "Mindy Sells South Florida") available at https://www.facebook.com/Mindy-Sells-South-Florida-287769638400918/?ref=page_internal.

19. On May 2, 2019, Defendant published the Work to her "Mindy Sells South Florida"

Facebook page (at https://www.facebook.com/Mindy-Sells-South-Florida-287769638400918/photos/589682471542965):



20. In publishing the Work to the "Mindy Sells South Florida" Facebook page, Defendant left Plaintiff's copyright management information intact, unequivocally showing the two photographs to be the same. A true and correct copy of screenshots of Defendant's Facebook page, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

21. Defendant is not and has never been licensed to use or display the Work. Defendant never contacted Plaintiff to seek permission to use the Work in connection with her Facebook page or for any other purpose – even though the Work that was copied clearly displayed Plaintiff's copyright management information and put Defendant on notice that the Work was not intended

for public use.

22.  Defendant utilized the Work for commercial use – namely, in connection with the marketing of her real estate business.

23.  Upon information and belief, Defendant located a copy of the Work on the internet (with the copyright management information still intact) and, rather than contact Plaintiff to secure a license, simply copied the Work for her own commercial use.

24.  Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendant's unauthorized use/display of the Work in September 2021. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, however, Defendant has not responded to Plaintiff, thus necessitating the filing of this lawsuit to protect Plaintiff's rights with respect to the Work.

25.  All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

26.  Plaintiff re-alleges and incorporates paragraphs 1 through 25 as set forth above.

27.  The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

28.  Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

29.  As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to her own reproduction, distribution, and public display of the Work on her "Mindy Sells South Florida" Facebook page.

30. Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

31. By her actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for her own commercial purposes.

32. Defendant's infringement was willful as she acted with actual knowledge or reckless disregard for whether her conduct infringed upon Plaintiff's copyright. Defendant has been a licensed Florida realtor for approximately 9 years. Further, she copied and displayed the Work with Plaintiff's copyright management information intact. Defendant clearly understands that high-end real estate photography – especially that containing copyright management information such as the Work – is generally paid for and cannot simply be copied from the internet.

33. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

34. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

35. Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

36. Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct.

37. Defendant's conduct has caused and any continued infringing conduct will continue

to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a. A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Defendant, her employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

## Demand For Jury Trial

Plaintiff demands a trial by jury on all issued so triable.

Dated: October 25, 2021.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ James D'Louhgy, Esq.
    James D'Loughy, Esq.
    Florida Bar No.: 0052700
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-075-526**

**Effective Date of Registration:**
November 10, 2017

## Title

**Title of Work:** Group Registration Photos, Selected 2015 Photographs H1 Including 2000 Building, Eastpointe, Harbour House, Sutton Place and Others published Jan. 3, 2015 to Dec. 11, 2015; 107 photos

**Content Title:** Palm Beach Polo Club AAP 2015 a, Jan.3, 2015; Harbour House pool 1 AAP 2010, Jan. 3, 2015;
St Andrews at the Polo Club aerial 2012 AAP, Jan. 3, 2015; Sunrise with Palms AAP 2015, Jan. 3, 2015;
The Landings aerial 2015 AAP, Jan. 3, 2015; 410 N Lake Way night 2015 AAP, Mar. 2, 2015;
87 S River Dr Stuart nite front 2015, Apr. 1, 2015; 190 Bears Club Dr aerial b AAP 2015, Apr. 20, 2015;
The Club At Admiral's Cove, AAP 2015 d, May. 11, 2015; The Landings gym 2015 AAP, May 18, 2015;
The Landings pool 2015 AAP, May 18, 2015; The Landings sign b 2015 AAP, May 18, 2015;
The Landings sign a 2015 AAP, May 18, 2015; 11770 St Andrews Pl aerial 1 2015 AAP, May 26, 2015;
11770 St Andrews Pl aerial 2 2015 AAP, May 26, 2015; Harbour House tennis A 2015 AAP, Jul. 8, 2015;

Harbour House tennis B 2015 AAP, Jul. 8, 2015; Harbour House beach steps 2015 AAP, Jul. 8, 2015;
Harbour House lobby A 2015 AAP, Jul. 8, 2015; Harbour House lobby B 2015 AAP, Jul. 8, 2015;
Harbour House billiard room A 2015 AAP, Jul. 8, 2015; Harbour House tennis C 2015 AAP, Jul. 8, 2015;
Harbour House aerial 1 AAP 2015, Jul. 8, 2015; Harbour House aerial 2 AAP 2015, Jul. 8, 2015;
Harbour House aerial 4 AAP 2015, Jul. 8, 2015; Harbour House aerial 3 AAP 2015, Jul. 8, 2015;
Harbour House aerial 5 AAP 2015, Jul. 8, 2015; Harbour House pool 3 AAP 2015, Jul. 9, 2015;
Harbour House pool 5 AAP 2015, Jul. 9, 2015; Harbour House pool 4 AAP 2015, Jul. 9, 2015;
Harbour House pool 2 AAP 2015, Jul. 9, 2015; Harbour House aerial 6 AAP 2015, Jul. 10, 2015;

Par 3 Golf S Palm Beach 2015 AAP, Jul. 10, 2015; Par 3 Golf putters 2015 AAP, Jul. 10, 2015;
2000 Building Palm Beach gym AAP 2015, Jul. 17, 2015; 2000 Building lobby 1 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach lobby 2 AAP 2015, Jul. 17, 2015; 2000 Building

Palm Beach lobby 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 2 AAP 2015, Jul. 17, 2015; 2000 Building Palm Beach pool 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 1 AAP 2015, Jul. 17, 2015; 2000 Building Palm Beach aerial d 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach tennis a 2015 AAP, Jul. 17, 2015; 2000 Building Palm Beach aerial 1 AAP 2015, Jul. 20, 2015;
2000 Building Palm Beach aerial a AAP 2015, Jul. 20, 2015; 5932 Morning Dove Way aerial d 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial b 2015 AAP, Jul. 31, 2015;

Loblolly Marina aerial b 2015 AAP, Jul. 31, 2015; Loblolly Marina aerial a 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial c 2015 AAP, Jul. 31, 2015; 5932 Morning Dove Way aerial e 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial a 2015 AAP, Jul. 31, 2015; Loblolly Hobe Sound aerial a 2015 AAP, Jul. 31, 2015;
11770 St Andrews Pl aerial 3 2015 AAP, Aug. 3, 2015; Palm Beach Polo Club AAP 2015 b, Aug. 11, 2015;
The Club At Admiral's Cove, AAP 2015 e, Aug. 17, 2015; Sewells Point aerial a 2015 AAP, Sept. 2, 2015;
Juno Beach Pier k 2015 AAP, Sept. 17, 2015; 870 S Ocean Blvd sunrise a 2015 AAP, Sept. 20, 2015;
870 S Ocean Blvd sunrise b 2015 AAP, Sept. 20, 2015; 870 S Ocean Blvd sunrise c 2015 AAP, Sept. 20, 2015;
Eastpointe II aerial c 2015 AAP, Sept. 25, 2015; Eastpointe II aerial b 2015 AAP, Sept. 25, 2015;
Sutton Place sign 2015 AAP, Oct. 1, 2015; Sutton Place gym 2015 AAP, Oct. 1, 2015;
Sutton Place lobby a 2015 AAP, Oct. 1, 2015; Sutton Place aerial a 2015 AAP, Oct. 1, 2015;
Sutton Place aerial b 2015 AAP, Oct. 1, 2015; Sutton Place pool 2015 AAP, Oct. 1, 2015;

S Palm Beach aerial h 2015 AAP, Oct. 1, 2015; Sutton Place aerial c 2015 AAP, Oct. 1, 2015;
750 S County Rd front 2015 AAP, Oct. 2, 2015; 2778 S Ocean Blvd Lobby AAP 2015, Oct. 5, 2015;
Eastpointe II Gym 2015 AAP, Oct. 6, 2015; Eastpointe II Game Room 2015 AAP, Oct. 6, 2015;
Eastpointe II Lobby 2015 AAP, Oct. 6, 2015; Eastpointe II Pool a 2015 AAP, Oct. 6, 2015;
Eastpointe II Beach Access 2015 AAP, Oct. 6, 2015; Eastpointe II Pool b 2015 AAP, Oct. 6, 2015;
Eastpointe II Tennis 2015 AAP, Oct. 6, 2015; Eastpointe II Gate 2015 AAP, Oct. 6, 2015;
Two City Plaza aerial g 2015 AAP, Oct. 8, 2015; Two City Plaza pool aerial p 2015 AAP, Oct. 8, 2015;
Two City Plaza aerial k 2015 AAP, Oct. 8, 2015; Hidden Bridge Estates gate 2015 AAP, Oct. 9, 2015;
Old Port Cove aerial m 2015 AAP, Oct. 9, 2015; One Royal Palm Way aerial j 2015 AAP, Oct. 9, 2015;
One Royal Palm Way aerial k 2015 AAP, Oct. 9, 2015; Old Port Cove 100 Lakeshore Dr 2015 AAP, Oct. 9, 2015;
Old Port Cove pool 115 and 123 Lakeshore Dr 2015 AAP, Oct. 9, 2015; 055 Breakers West Clubhouse 2015 AAP, Oct. 14, 2015;
Breakers West sunset a AAP 2015, Oct. 14, 2015; Kravis Center 2015 AAP, Oct. 20, 2015;



501 S Atlantic Dr loggia b AAP 2015, Oct. 29, 2015; 501 S Atlantic Dr pool c AAP 2015, Nov. 1, 2015;
Old Palm Clubhouse 2015 AAP, Nov. 25, 2015; Dorchester sign 2015 AAP, Nov. 30, 2015;
2100 S Ocean, AAP 2015 b, Dec. 6, 2015; Evergrene Gym a 2015, Dec. 7, 2015;
Evergrene Gym b 2015, Dec. 7, 2015; Evergrene aerial f 2015, Dec. 10, 2015; Evergrene aerial g 2015, Dec. 10, 2015; Evergrene aerial h 2015, Dec. 10, 2015; Evergrene aerial i 2015, Dec. 10, 2015; The Club ofat Admira's Cove AAP 2015 c, Dec. 11, 2015;
The Club ofat Admira's Cove AAP 2015 a, Dec. 11, 2015; The Club ofat Admira's Cove AAP 2015 b, Dec. 11, 2015;

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 03, 2015
**Nation of 1st Publication:** United States

## Author

**Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
**Author Created:** photograph
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** November 10, 2017





Palm Beach lobby 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 2 AAP 2015, Jul. 17, 2015; 2000 Building Palm Beach pool 3 AAP 2015, Jul. 17, 2015;
2000 Building Palm Beach pool 1 AAP 2015, Jul. 17, 2015; 2000 Building Palm Beach aerial d 2015 AAP, Jul. 17, 2015;
2000 Building Palm Beach tennis a 2015 AAP, Jul. 17, 2015; 2000 Building Palm Beach aerial 1 AAP 2015, Jul. 20, 2015;
2000 Building Palm Beach aerial a AAP 2015, Jul. 20, 2015; 5932 Morning Dove Way aerial d 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial b 2015 AAP, Jul. 31, 2015;

Loblolly Marina aerial b 2015 AAP, Jul. 31, 2015; Loblolly Marina aerial a 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial c 2015 AAP, Jul. 31, 2015; 5932 Morning Dove Way aerial e 2015 AAP, Jul. 31, 2015;
5932 Morning Dove Way aerial a 2015 AAP, Jul. 31, 2015; Loblolly Hobe Sound aerial a 2015 AAP, Jul. 31, 2015;
11770 St Andrews Pl aerial 3 2015 AAP, Aug. 3, 2015; Palm Beach Polo Club AAP 2015 b, Aug. 11, 2015;
The Club At Admiral's Cove, AAP 2015 e, Aug. 17, 2015; Sewells Point aerial a 2015 AAP, Sept. 2, 2015;
Juno Beach Pier k 2015 AAP, Sept. 17, 2015; 870 S Ocean Blvd sunrise a 2015 AAP, Sept. 20, 2015;
870 S Ocean Blvd sunrise b 2015 AAP, Sept. 20, 2015; 870 S Ocean Blvd sunrise c 2015 AAP, Sept. 20, 2015;
Eastpointe II aerial c 2015 AAP, Sept. 25, 2015; Eastpointe II aerial b 2015 AAP, Sept. 25, 2015;
Sutton Place sign 2015 AAP, Oct. 1, 2015; Sutton Place gym 2015 AAP, Oct. 1, 2015;
Sutton Place lobby a 2015 AAP, Oct. 1, 2015; Sutton Place aerial a 2015 AAP, Oct. 1, 2015;
Sutton Place aerial b 2015 AAP, Oct. 1, 2015; Sutton Place pool 2015 AAP, Oct. 1, 2015;

S Palm Beach aerial h 2015 AAP, Oct. 1, 2015; Sutton Place aerial c 2015 AAP, Oct. 1, 2015;
750 S County Rd front 2015 AAP, Oct. 2, 2015; 2778 S Ocean Blvd Lobby AAP 2015, Oct. 5, 2015;
Eastpointe II Gym 2015 AAP, Oct. 6, 2015; Eastpointe II Game Room 2015 AAP, Oct. 6, 2015;
Eastpointe II Lobby 2015 AAP, Oct. 6, 2015; Eastpointe II Pool a 2015 AAP, Oct. 6, 2015;
Eastpointe II Beach Access 2015 AAP, Oct. 6, 2015; Eastpointe II Pool b 2015 AAP, Oct. 6, 2015;
Eastpointe II Tennis 2015 AAP, Oct. 6, 2015; Eastpointe II Gate 2015 AAP, Oct. 6, 2015;
Two City Plaza aerial g 2015 AAP, Oct. 8, 2015; Two City Plaza pool aerial p 2015 AAP, Oct. 8, 2015;
Two City Plaza aerial k 2015 AAP, Oct. 8, 2015; Hidden Bridge Estates gate 2015 AAP, Oct. 9, 2015;
Old Port Cove aerial m 2015 AAP, Oct. 9, 2015; One Royal Palm Way aerial j 2015 AAP, Oct. 9, 2015;
One Royal Palm Way aerial k 2015 AAP, Oct. 9, 2015; Old Port Cove 100 Lakeshore Dr 2015 AAP, Oct. 9, 2015;
Old Port Cove pool 115 and 123 Lakeshore Dr 2015 AAP, Oct. 9, 2015; 055 Breakers West Clubhouse 2015 AAP, Oct. 14, 2015;
Breakers West sunset a AAP 2015, Oct. 14, 2015; Kravis Center 2015 AAP, Oct. 20, 2015;



EXHIBIT "B"

